UNITED STATES of America ex rel. John Joseph McGRADY, SSAN 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, United States Army, Fort Gordon, Georgia, Petitioner-Appellee,

v.

Stanley RESOR, Secretary of the Army, and Major General John C. F. Tillson, III, Commanding General, Fort Gordon, Georgia, Respondents-Appellants.

No. 71-3278

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 1, 1972.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

After an evidentiary hearing on a petition for habeas corpus release from the United States Army the District Court found that the denial of discharge to John Joseph McGrady as a conscientious objector was without basis in fact. The Secretary of the Army appeals.

The judgment of the District Court is affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.